UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CUMMINGS, | : | CIV. NO. 1:23-CV-937 |
| Plaintiff, | : | |
| v. | : | (JUDGE MANNION) |
| THOMAS MCGINLEY, et al., | : | |
| Defendants. | : | |

## ORDER

In accordance with the memorandum filed the same day the Report and Recommendation of Judge Carlson, (Doc. 12), is **ADOPTED IN PART**. Plaintiff's objections, (Doc. 15), are **OVERRULED**. Plaintiff's amendment complaint, (Doc. 10), is **DISMISSED** with prejudice and Plaintiff's motion for *nunc pro tunc*, (Doc. 13), is **DENIED**. The Clerk of Court is directed to close this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: December 26, 2023
23-937-01 ORDER